# EXHIBIT A



**From:** Christopher Perez-Leon <███████████████████████████>
**Sent:** Friday, July 26, 2024 2:11 PM
**To:** Yitzy Halon <██████████████████████>
**Subject:** RE: Pleasure speaking with you

Hi Yitzy,

Attached is the zoning verification letter you requested for 25 Maryland Avenue. Please let me know if you have any questions.

Best regards,

Christopher Perez
Zoning Specialist
City of Harrisonburg

**From:** Yitzy Halon <███████████████████>
**Sent:** Friday, July 26, 2024 1:52 PM
**To:** Christopher Perez-Leon <██████████████████████>
**Subject:** Re: Pleasure speaking with you

**WARNING: External email. Be cautious when clicking on links or opening attachments.**

Hi Christopher,

Please see attached per your instructions. Since I only checked the first two boxes I haven't sent payment. If I am incorrect and must still send payment, please let me know. Thanks again for your guidance in this matter and I look forward to receiving your formal determination letter.

Best,

Yitzy

**Yitzy Halon**
**CEO**
**Mainsp_____ry**
Direct: ████████
████████████████
Pikesville, MD 21208

---

**From:** Christopher Perez-Leon ████████████████████
**Sent:** Wednesday, July 24, 2024 4:14 PM
**To:** Yitzy Halon ██████████████
**Subject:** RE: Pleasure speaking with you

Hi Yitzy,

You can just submit the application as is, since I am already aware of the proposed use for the property.

Thanks,

Christopher Perez
Zoning Specialist
City of Harrisonburg

**From:** Yitzy Halon ███████████████████████
**Sent:** Wednesday, July 24, 2024 4:06 PM
**To:** Christopher Perez-Leon ████████████████████████
**Subject:** Re: Pleasure speaking with you

**WARNING: External email. Be cautious when clicking on links or opening attachments.**

Hi Christopher,

I don't see anywhere to fill out the proposed use. Is there a separate document or given your knowledge of my use I can just fill out the current document as is?

Thanks,

Yitzy


**Yitzy Halon**
**CEO**
**Mainspring Recovery Centers**
Direct: ███████████
████████████████████

Pikesville, MD 21208


*This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material protected by HIPAA legislation (45 CFR, Parts 160 & 64) and Confidentiality of Substance Use Disorder Patient Records (42 CFR, Part 2). If you are not the intended recipient or the person responsible for delivering this email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender by replying to this email and then delete the email from your computer.*


On Jul 24, 2024, at 3:50 PM, Christopher Perez-Leon <████████████████████

███████████████ > wrote:

Good afternoon, Yitzy,

In order to receive a formal zoning determination, you will need to apply for a zoning verification letter (application attached). The application can be emailed to me directly or sent to permits@harrisonburgva.gov. There is a $50 fee associated with the application if you are requesting information beyond the first two items on the list.

It can take up to ten (10) business days for the letter to be completed depending on the amount of information requested and current staff workload. I would anticipate a letter for this property taking no longer than one (1) to two (2) business days to complete.

Please let me know if you have any questions.

Best regards,

Christopher Perez
Zoning Specialist
City of Harrisonburg

**From:** Yitzy Halon ███████████████████████
**Sent:** Wednesday, July 24, 2024 3:34 PM
**To:** Christopher Perez-Leon ████████████████████████
**Subject:** Re: Pleasure speaking with you

**WARNING: External email. Be cautious when clicking on links or opening attachments.**

Hi Christopher,

I hope you're well. I've toured this property and I'm about to submit an offer.

Would you be able to help me understand the process and timeline to obtain a formal zoning determination letter?

Thanks!

Yitzy

**Yitzy Halon**
**CEO**
**Mainspring Recovery Centers**
Direct: ███████████
███████████████████
Pikesville, MD 21208

*This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material protected by HIPAA legislation (45 CFR, Parts 160 & 64) and Confidentiality of Substance Use Disorder Patient Records (42 CFR, Part 2). If you are not the intended recipient or the person responsible for delivering this email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender by replying to this email and then delete the email from your computer.*

On Jul 17, 2024, at 9:28 AM, Yitzy Halon ███████████████████████████ wrote:

 Thank you very much! I'll circle back for a formal determination letter should I move forward with the transaction.

Best,

Yitzy

**Yitzy Halon**
**CEO**
**Mainspring Recovery Centers**
Direct: ███████████
███████████████████
Pikesville, MD 21208

*This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material protected by HIPAA legislation (45 CFR, Parts 160 & 64) and*

*Confidentiality of Substance Use Disorder Patient Records (42 CFR, Part 2). If you are not the intended recipient or the person responsible for delivering this email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender by replying to this email and then delete the email from your computer.*

On Jul 17, 2024, at 9:22 AM, Christopher Perez-Leon < ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ > wrote:

Good morning, Yitzy,

I can confirm that, from a zoning perspective, a substance use treatment facility would be allowed by right at 25 Maryland Avenue. There are, of course, other requirements that would need to be met before the building can be occupied, but those can be addressed during the building permit review process.

Thank you,

Christopher Perez
Zoning Specialist
City of Harrisonburg

**From:** Yitzy Halon ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, July 16, 2024 5:52 PM
**To:** Christopher Perez-Leon ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Pleasure speaking with you

**WARNING: External email. Be cautious when clicking on links or opening attachments.**

Hi Christopher,

Firstly I'd like to thank you for your call earlier and the time you put in determining what zoning district would work for my use.

I have a property that I'm looking at which is zoned R-3 per our conversation. I've engaged the listing agent on the property but before I go further I wanted to confirm with you that I'm ok from a zoning perspective.

The property address is 25 Maryland Ave, HARRISONBURG, Virginia, 22801.

I don't need a formal determination letter for now just an email confirmation will be very helpful and if I can come to terms with the seller I'll circle back for a more formal determination.

Thank you!

Yitzy

**Yitzy Halon**
**CEO**
**Mainspring Recovery Centers**
Direct: ███████████

██████████████████████

Pikesville, MD 21208

*This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material protected by HIPAA legislation (45 CFR, Parts 160 & 64) and Confidentiality of Substance Use Disorder Patient Records (42 CFR, Part 2). If you are not the intended recipient or the person responsible for delivering this email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender by replying to this email and then delete the email from your computer.*

<Zoning Verification Letter.pdf>