# EXHIBIT B

**CITY OF HARRISONBURG**
**COMMUNITY**
**DEVELOPMENT**

**Zoning Verification Letter**
**Application**
https://www.harrisonburgva.gov/zoning

---

## SUBJECT PROPERTY INFORMATION

Subject Property Known as (if applicable): TRUSTEES HBURG CHURCH CHRIST

25 MARYLAND AVE _____    018 E 9 10 _____
Property Address                            Tax Map Parcel(s)/ID(s)

## APPLICANT INFORMATION

Steven "Yitzy" Halon _____    ███████████
Name                                          Telephone

███████████████████████                       ███████████████████████
Street Address                                E-Mail

Baltimore _____    MD _____    21208 _____
City                     State        Zip

## INFORMATION REQUESTED

■ The current zoning classification for the subject property.
■ Is the current or proposed use of the property in compliance with the current zoning ordinance and regulations of this district?
**If the above two items are the only information required, there is NO CHARGE for the Verification Letter.**
☐ List the current zoning designations for all adjoining properties.
☐ Is the property located in any special or restrictive overlay district?
☐ Is the property part of any Planned Unit Development/Master Plan?
☐ Are there any variances on the property?
☐ Is the property limited to any proffers or conditions? If so, list the proffers or conditions.
☐ Are there any outstanding zoning violations affecting the subject property?
☐ Was the property developed with an approved site plan?
☐ Are the numbers of parking spaces in compliance with the zoning for the subject property? List the total number of parking spaces.
☐ Other information as described below:

## APPLICANT SIGNATURE

_____    7/26/2024 _____
APPLICANT                         DATE

## TO BE COMPLETED BY PLANNING & ZONING DIVISION

_____    Total Fees Due: $_____
Date Received                     Fee: $50.00 (if applicable)

_____
Received By