# EXHIBIT C



**CITY OF HARRISONBURG**
# COMMUNITY
## DEVELOPMENT

409 SOUTH MAIN STREET, HARRISONBURG, VA 22801
OFFICE (540) 432-7700 • FAX (540) 432-7777

July 26, 2024

Steven "Yitzy" Halon

██████████████

Baltimore, MD 21208

**Re: 25 Maryland Avenue, Harrisonburg, VA**
    **Tax Parcels: 18/E/9-10, R-3 Medium Density Residential District**

Mr. Halon,

In response to your request for information regarding the above-referenced property, we have researched our files and present the following to the best of our knowledge:

1.  The above-referenced property is zoned R-3 Medium Density Residential District. This district is intended for medium density residential development and other uses intended to respect the residential character which are aesthetically compatible within the district by means of architectural expression, landscaping and restrained traffic flow. Residential development includes single-family, duplex, townhouse units, and in special circumstances, multiple-family buildings. Nonresidential development may include institutional buildings such as colleges, universities, hospitals, medical and professional offices, nursing homes and charitable institutions. It is further intended that conversion from residential use to other permitted nonresidential uses be compatible with the character of the district. All nonresidential uses are subject to restrictions and requirements necessary to ensure compatibility with residential surroundings.

2.  The proposed use of the property as a substance use treatment facility is permitted by right per City of Harrisonburg Zoning Ordinance Section 10-3-48.3(10) *Hospitals, convalescent or nursing homes, funeral homes, medical offices and professional offices as defined by article F*.

This information was researched on July 26, 2024, by the undersigned, per request and as a public service. The undersigned certifies the above zoning information contained herein is believed to be accurate and is based upon or relates to the information supplied by the requestor. The information pertains only to the application of the City of Harrisonburg Zoning Ordinance in relation to the use of the above parcel. There may be other local, state, or federal regulations

regarding building or health code issues which are beyond the scope of this zoning information. The Authority assumes no liability for errors and omissions. All information was obtained from public records, which may be inspected during regular business hours.

Sincerely,

The City of Harrisonburg

Christopher Perez
Zoning Specialist