# EXHIBIT D





**CITY OF HARRISONBURG**
# COMMUNITY
# DEVELOPMENT

409 SOUTH MAIN STREET, HARRISONBURG, VA 22801

OFFICE (540) 432-7700 • FAX (540) 432-7777

October 3, 2025

MSRC HARRISONBURG RE LLC
23 Walker Ave Suite 300
Baltimore, MD 21208

**Re: Zoning Ordinance Amendment - Inpatient Substance Abuse Treatment Facility, Hospitals, and Other Related Terms; Vested Rights for Permits Under Review**
**Tax Parcels: 18-E-9 10, 25 Maryland Ave**

To whom it may concern,

A building permit (No.2509-0097) for an inpatient substance abuse treatment facility at 25 Maryland Ave and is currently under review. City records indicate that you are the property owner. In patient substance abuse treatment facilities are currently permitted as a by right use in the R-3, Medium Density Residential District under Zoning Ordinance Sec. 10-3-48.3(10). The Department of Community Development would like to inform you that a zoning ordinance amendment to make inpatient substance abuse treatment facilities only allowable by special use permit in the R-3, Medium Density Residential District and the B-2, General Business District is being considered.

Planning Commission will hold a public hearing in City Council Chambers, 409 South Main Street, Harrisonburg on **Wednesday, October 8, 2025, at 6:00 p.m.,** to consider the following:

> ***Zoning Ordinance Amendments – Inpatient Substance Abuse Treatment Facility, Hospitals, and Other Related Terms***
> A request from the City of Harrisonburg to amend the Zoning Ordinance (ZO) to add a new term and definition for "Inpatient Substance Abuse Treatment Facility." Currently, Inpatient Substance Abuse Treatment Facilities are allowed by right in the R-3, Medium Density Residential District per Section 10-3-48.3 (10). Amendments are proposed to only allow the Inpatient Substance Abuse Treatment Facilities use by special use permit in both the R-3 district and the B-2, General Business District. Currently, Hospitals are only allowed by right in the R-3 district. Amendments are proposed to only allow hospitals by right in the B-2 district and to add a definition for "Hospital." Modifications to the definitions for the following existing terms are proposed: "Assisted Living Facility," "Family," "Nursing Home," and "Professional Offices." The term "Clinic" is proposed to be changed to "Medical Clinic," modifications to the definition, and to continue allowing

medical clinics as a by right use in the R-6, Low Density Mixed Residential Planned Community District; the R-7, Medium Density Mixed Residential Planned Community District; the MX-U, Mixed Use Planned Community District; the B-1A, Local Business District; the B-1, Central Business District; and the R-P, Residential-Professional District (Overlay), and to allow medical clinics by special use permit in the R-5, High Density Residential District and the M-1, General Industrial District. Also, proposed is a new term and definition for "Institutional Care Facility." No changes are proposed to other district regulations including the other R-3 district, which is known as R-3, Multiple Dwelling Residential District.

To review the draft Zoning Ordinance amendments or receive other information, contact the Department of Community Development, 409 South Main Street, Monday through Friday, 8:00 a.m. to 5:00 p.m. More information is available at www.harrisonburgva.gov/public-hearings and the Planning Commission agenda will be published online on October 3, 2025, at www.harrisonburg-va.legistar.com/Calendar.aspx

Interested parties will be able to attend the meeting and to watch the meeting on Public Education Government Channel 3 or 1084, and the City's website at www.harrisonburg-va.legistar.com/Calendar.aspx. Interested parties may express their views in person or by calling (540) 437-2687 during the public hearing and public comment or express their views electronically prior to the meeting by visiting this page https://www.harrisonburgva.gov/agenda-comments  or by emailing Thanh.Dang@harrisonburgva.gov. Any individual requiring auxiliary aids, including signers, in connection with the public hearing shall notify the Department of Community Development at 540-432-7700 at least five (5) business days prior to the date of the meeting.

If Planning Commission makes a recommendation on October 8, 2025, the proposed Zoning Ordinance amendment is anticipated to be presented to City Council and a public hearing held on Wednesday, November 12, 2025, at 7:00 p.m. City Council Chambers, 409 South Main Street, Harrisonburg. Please check with the Department of Community Development to confirm the City Council meeting date.

You are being provided this letter as a courtesy for your proposed development. Please let me know if you have questions about the content of this letter.

Sincerely,
**The City of Harrisonburg**

Tyler Blanks, CZA
Zoning Administrator

CC:
Steven "Yitzy" Halon, CEO Mainspring Recovery Centers (yitzy@Mainspringrecovery.com)
Ionic Dezign Studios, Inc., applicant for permit No.2509-0097 (dwashington@ionicdezigns.com)