# EXHIBIT J



# City of Harrisonburg

409 S. Main Street
Harrisonburg, VA 22801

## Meeting Minutes - Final
## City Council

| | | |
|---|---|---|
| **Tuesday, November 25, 2025** | **7:00 PM** | **Council Chambers** |

## 1. Roll Call

**Present:** 5 - Mayor Deanna R. Reed, Vice-Mayor Dany Fleming, Council Member Laura Dent, Council Member Nasser Alsaadun and Council Member Monica Robinson

**Also Present:** 5 - City Manager Ande Banks, City Attorney Chris Brown, City Clerk Pam Ulmer, Deputy Police Chief Rod Pollard and Chief Matthew Tobia

## 2. Moment of Silence

Mayor Reed offered a moment of silence

## 3. Pledge of Allegiance

Mayor Reed led the Pledge of Allegiance

Electronic Attendance by Council Member Dent

**A motion was made by Vice Mayor Fleming, seconded by Council Member Alsaadun, to approve the virtual attendance of Council Member Dent due to illness. The motion carried with a unanimous voice vote.**

## 4. Consent Agenda (any item placed on the consent agenda shall be removed and taken up as a separate matter, if so requested by any member of Council, otherwise all items will be voted on with one (1) motion)

**A motion was made by Vice-Mayor Fleming, seconded by Council Member Robinson, that the consent agenda be approved. The motion carried with a recorded roll call vote taken as follows:**

**Yes:** 5 - Mayor Reed, Vice-Mayor Fleming, Council Member Dent, Council Member Alsaadun and Council Member Robinson

**No:** 0

### 4.a. Minutes from the November 12, 2025 City Council Meeting

**These minutes were approved on the Consent Agenda**

### 4.b. Consider a request to rezone 320 South Main Street

**This rezoning request was approved on second reading**

### 4.c. Consider a request from the City of Harrisonburg to rezone 2410 Reservoir Street

| | | |
|---|---|---|
| **City Council** | **Meeting Minutes - Final** | **November 25, 2025** |

**This rezoning request was approved on second reading**

## 5. Public Hearings

**5.a.** Consider a request from City of Harrisonburg to amend the Zoning Ordinance to add a new term "Inpatient Substance Use Disorder Treatment Facility" and other related changes

Adam Fletcher, director of Community Development, presented a request to amend several sections of the Zoning Ordinance related to Inpatient Substance Use Disorder Treatment Facilities. He reviewed the requested amendment, the proposed new term and definition and recommended this type of use be permitted only by Special Use Permit in the R-3 and B-2 zoning districts.

He stated staff and Planning Commission (5-0) recommended approval of the request.

At 7:14 pm Mayor Reed closed the regular session and called the first public hearing to order. A notice appeared in the Daily News-Record on Thursday, November 13, 2025, and Wednesday, November 19, 2025.

Panayotis "Poti" Giannakouros, spoke on the location of these types of facilities, looking at root core issues as to why these facilities are needed, and public engagement.

At 7:20 pm Mayor Reed closed the public hearing and the regular session reconvened.

Discussion took place regarding the need for these ordinance amendments.

A motion was made by Vice Mayor Fleming, seconded by Council Member Robinson, that these ordinance amendments be approved as presented. The motion carried with a recorded roll call vote taken as follows:

**A motion was made by Vice Mayor Fleming, seconded by Council Member Robinson, that these ordinance amendments be approved as presented. The motion carried with a recorded roll call vote taken as follows:**

**Yes:** 5 -  Mayor Reed, Vice-Mayor Fleming, Council Member Dent, Council Member Alsaadun and Council Member Robinson

**No:** 0

## 6. Regular Items

| City Council | Meeting Minutes - Final | November 25, 2025 |
|---|---|---|

**6.a.** Update on Our Community Place

Matt Tibles, executive director, Our Community Place (OCP), provided an update for their organization. He reviewed the following:

- Community Kitchen;
- 2025 key achievements;
- Statistics on the unique individuals served by month;
- Age and gender breakdown of individuals served;
- Statistics on sheltered individuals;

Mr. Tibbles spoke on trends, coordination of services and future directions.

Discussion took place on the collaboration and relationship with other organizations such as the Navigation Center/Open Doors; expansion of hours for OCP; supportive housing;

**This Presentation was received and filed.**

**6.b.** Consider adopting a Resolution Authorizing and Approving The Purchase and Renovation of 227 N. Main Street, Harrisonburg, Virginia, Into a Mixed-Use Housing and Commercial Development By The Harrisonburg Redevelopment And Housing Authority (HRHA)

Chris Brown, city attorney, stated this item was tabled at the last Council meeting, a resolution authorizing the Harrisonburg Redevelopment and Housing Authority (HRHA) to purchase and renovate property located at 227 N. Main St, (Glens Fair Price), for housing and office space for the HRHA.

Mayor Reed stated she met with Mr. Wong, director of Harrisonburg Redevelopment and Housing Authority, regarding the vision HRHA has for this purchase, renovations, and the safety of individuals at the Polly Lineweaver apartment complex. She shared her concerns about the safety of the residents and the need for the renovations.

Further discussion took place regarding the safety of the residents at the apartment complex, the need for a more secure outdoor gathering place for residents only, upgrades to apartments needed, and the creative repurpose of the old Glen's Fair Price store.

Mr. Wong stated safety and security is HRHA's top priority, they are consistently working with the residents, numbers of strategies have been put in place, increased monitoring, trespassing notices issued, and evictions have been issued through the proper channels for policy violators.    He stated the police, fire and rescue

| City Council | Meeting Minutes - Final | November 25, 2025 |
|---|---|---|

departments received over 500 calls from the residents mostly related to illness, 19 arrests were made for trespassing and public intoxication.  He stated it has been a challenge, but HRHA continues to evaluate other safety implementations that can be made, some through the renovations of the building.  He stated the purchase of the property will allow for more affordable housing units through HRHA.

**A motion was made by Vice Mayor Fleming, seconded by Council Member Alsaadun, that the resolution be approved.  The motion carried with a recorded roll call vote taken as follows:**

**Yes:** 4 -  Mayor Reed, Vice-Mayor Fleming, Council Member Dent and Council Member Alsaadun

**No:** 1 -  Council Member Robinson

## 7.    Supplementals

**7.a.**    Consider a supplemental appropriation for the Economic Development Department in the amount of $500,000 for funds received from the Virginia Commonwealth Opportunity Fund

Ande Banks, city manager, presented a supplemental appropriation in the amount of $500,000 for the Commonwealth Opportunity Fund grant award to Shenandoah Valley Organic Farmer Focus (SVA).  He stated that according to the performance agreement, the Commonwealth of Virginia would pay the grant award upon completion of the $60M capital investment in the new production facility on Acorn Drive and the creation of at least 110 new jobs within three years. He stated SVO has exceeded all requirements by creating over 950 new jobs since 2021, with a total of positions to date being 1,450.  He stated the Economic Development Authority will need to be the pass through entity of these funds, and they will meet on December 3, 2025.

**A motion was made by Council Member Robinson, seconded by Council Member Alsaadun, that the supplemental be approved as presented.  The motion carried with a unanimous voice vote.**

**Yes:** 5 -  Mayor Reed, Vice-Mayor Fleming, Council Member Dent, Council Member Alsaadun and Council Member Robinson

**No:** 0

## 8.    Other Matters

**8.a.  Comments from the public, limited to five minutes, on matters not on the regular agenda. (Name and address are required)**

Panayotis "Poti" Giannakouros, spoke on an event that the Martin Luther King, Jr. Coalition participated in during the Skeleton Festival.

**8.b.  City Council and Staff**

Council Member Alsaadun spoke on his attendance at the recent National League of Cities conference;

Council Member Dent spoke on the COP30 conference she attended in Brazil (not sponsored by the city);

Council Member Robinson attended the annual Shenandoah Valley Bicycle Coalition Annual Bike Summit and presented on the Community Connectors Program; she presented at the Chesapeake Bay Trust Conference.

Vice Mayor Fleming spoke on his attendance at the recent National Leagues of Cities Conference and noted he is now a board member for NLC;

Mayor Reed spoke on the recent Parks and Recreation Committee meeting; Thanksgiving Blessing boxes; ribbon cutting of Harrisonburg Fire Department Station Number 5; upcoming pardoning of a turkey at the Turkey Trot; the upcoming work she will be doing with the transition team for Governor-Elect Spanberger; recent panel participation at EMU;

Chris Brown, city attorney, stated he was contacted by a local recycling business seeking tax exemption for machinery and tool tax on equipment that was certified by the Virginia Department of Environmental Quality.  He stated under State Law and local ordinance a business would be allowed tax exemption for this equipment.  He stated with consensus of Council he will bring this item to the next City Council meeting.  Council agreed.

## 9.    Boards and Commissions

### 9.a.    Rockingham-Harrisonburg Alcohol Safety Action Program (ASAP) Policy Board

**A motion was made by Vice Mayor Fleming, seconded by Council Member Robinson, to reappoint Marsha Garst to a 4th term to expire on December 15, 2030, with ASAP.  The motion carried with a unanimous voice vote.**

### 9.b.    Harrisonburg Redevelopment and Housing Authority (HRHA)

**A motion was made by Vice Mayor Fleming, seconded by Council Member Robinson, to reappoint Gil Coleman to a 2nd term to expire on November 29, 2029, and appoint Sam Nickels to an unexpired term to expire on February 11, 2028, with HRHA.  The motion carried with a unanimous voice vote.**

### 9.c.    Harrisonburg Electric Commission (HEC)

| City Council | Meeting Minutes - Final | November 25, 2025 |

**A motion was made by Council Member Dent, seconded by Vice Mayor Fleming, to reappoint Quinton Callahan to a 2nd term to expire on December 31, 2028, with HEC. The motion carried with a unanimous voice vote.**

## 10.    Closed Session

**10.a.**    Closed Session as authorized by the Virginia Freedom of Information Act, Virginia Code Section 2.2-3711(A), under: Subsection 3 for a discussion of the acquisition of real estate for a public purpose where the discussion in an open session would adversely affect the bargaining position or negotiating position of the public body.

Closed Session was removed.

## 11.    Adjournment

At 8:37 p.m., there being no further business and on motion adopted, the meeting was adjourned.

_____    _____

CITY CLERK                                      MAYOR