# EXHIBIT K





**No. 2509-0097**

# BUILDING ALTERATION PERMIT

**This MUST BE DISPLAYED on the outside of the building or premises where it is plainly visible from the street, and able to be written on. The address must be posted and the permit must not be removed until the building is completed and ready for occupancy.**

| | |
|---|---|
| ISSUED TO ADDRESS: | 25 Maryland Ave |
| OWNER: | MSRC Harrisonburg RE LLC |
| CONTRACTOR: | AEG Contracting Inc. |
| DATE ISSUED: | 12/11/2025 |
| USE GROUP: | I-1 |
| CONSTRUCTION TYPE: | IIIB |

*Julie Kline*

Building Official/Technical Assistant

ALL WORK ON THIS BUILDING MUST BE DONE IN ACCORDANCE WITH STATE LAW AND THE ORDINANCES OF THE CITY OF HARRISONBURG. FOR INFORMATION CONTACT COMMUNITY DEVELOPMENT AT (540) 432-7700.

| Inspections | Failed | Passed |
|---|---|---|
| Rough Framing | | |
| Insulation | | |
| Drywall | | |
| Final Building | | |
| Final Zoning | | |

All work must be inspected upon completion. Please call (540) 432-7700 to schedule an inspection.

All approved documents must be onsite for any inspections.

**Apply online!**
https://permits.harrisonburgva.gov/

PERMIT WILL BECOME NULL AND VOID IF CONSTRUCTION IS NOT STARTED WITHIN SIX MONTHS OF DATE THE PERMIT IS ISSUED AS NOTED ABOVE OR IF WORK IS SUSPENDED OR ABANDONED FOR A PERIOD OF SIX MONTHS AFTER WORK HAS COMMENCED.

 

**CITY OF HARRISONBURG**
**COMMUNITY DEVELOPMENT**

409 South Main St, Harrisonburg, VA  22801
T: (540) 432-7700        F: (540) 432-7777
www.harrisonburgva.gov

| | |
|---|---|
| **Permit #:** | 2509-0097 |
| **Master Permit #:** | |
| **Permit Type:** | Building Alteration |
| **Contractor DPOR #:** | 2705171723 |
| **Date Issued:** | 12/11/2025 |

# BUILDING ALTERATION PERMIT

**Location:**   **25 Maryland Ave**
**Harrisonburg, VA  22801**

**Tax Map #:**   **018 E  9 10**

**Description:**   **One story church converted to I-1 condition 1.**

**Applicant:**   **Ionic Dezign Studios, Inc.**
**293 Independence Blvd.**
**Virginia Beach, VA 23462**
**(757) 499-3510**

**Contractor**   **AEG Contracting Inc**
**11000 Riesterstown Rd**
**Owings Mills Md 21117**
**(443) 765-3924**
**office@aegcontractinginc.com**

**Owner:**   **MSRC Harrisonburg RE LLC**

**Fees:**

| Type | Amount | Paid |
|---|---|---|
| Building: | $4,548.00 | Paid: No |
| Virginia State Levy: | $90.96 | Paid: No |

**Details:**

| Property | Value |
|---|---|
| Work Performed By | Contractor |
| Building Use Group | I-1 |
| Construction Type | IIIB |
| Describe Nature of Work | interior renovation. |
| Authorized Representative | Dahlia Washington |
| Acknowledgement | Yes |
| Number of Floors | 1.00 |
| Total Construction Value ($) | $750,000.00 |
| 1st Floor Area (ft²) | 10,000 |
| Plans Prepared By | Eugene Thompson |
| Type Plan Preparer | Licensed Architect |
| VCC Edition | 2021 |
| Includes Fire Rated Assemblies | No |
| Was the building or structure constructed prior to January 1, 1985? | Yes |
| Does this permit involve work on a commercial building? | Yes |

**Conditions of Approval**

1. A water meter upsize will be required as the total number of proposed fixtures exceeds the capacity of the existing 3/4" water service. HPU will require the water meter be upsized to a 1" water   service prior to obtaining a CO. Installation will include time and materials costs to construct the larger meter and water service in Maryland Dr plus an $11,000 City Code capital recovery fee for the increase from a 5/8" meter to a 1" meter. Please contact HPU to schedule construction and pay the fees to proceed.

2. In accord with 714.1, any through or membrane penetrations proposed shall be accompanied with listed penetration firestop system and/or penetration details and listing criteria for all new products installed in fire-resistance rated construction.

| | |
|---|---|
| **Dahlia Washington** | *Julie Kline* |
| **Applicant Signature** | **Building Division** |

PERMIT WILL BECOME NULL AND VOID IF CONSTRUCTION IS NOT STARTED WITHIN SIX MONTHS OF DATE THE PERMIT IS ISSUED AS NOTED ABOVE OR IF WORK IS SUSPENDED OR ABANDONED FOR A PERIOD OF SIX MONTHS AFTER WORK HAS COMMENCED.