# EXHIBIT L





www.IONICDEZIGNS.com

## Ionic DeZign Studios

ARCHITECTURE • INTERIORS • GRAPHICS

VIRGINIA BEACH:
219 INDEPENDENCE BLVD
PEMBROKE 5 SUITE 304
VIRGINIA BEACH, VA 23464
757.449.3510   FAX: 757.449.3110

### 1 SITE PLAN
1" = 30'-0"

EXISTING SHED

EXISTING BUILDING

EXISTING CONCRETE PATHWAY

BICYCLE PARKING, SEE DETAIL

EXISTING GRAVEL PARKING
34 SPACES (2 ADA)

### WITH BASE PLATE-INDIVIDUAL RACK

1 1/2"-11 GAUGE STEEL TUBING BIKE RACK @ 48" O.C. (TYP.)

WELD ALL-AROUND

CONCRETE WEDGE ANCHOR BOLT OR TAMPER-PROOF STUD ANCHOR (RAWL OR APPROVED EQUAL)

CONC. SIDEWALK 4"

CONC. BASE BLOCK (TYP.)

12"SQ

DETAIL1-A

DETAIL1-B

NOTES:

1. ALL RACKS & BASE PLATES SHALL BE HOT-DIP GALVANIZED, THERMOPLASTIC, OR STAINLESS STEEL FINISH.

2. BICYCLE RACK DESIGN AND LAYOUT SHALL BE AS RECOMMENDED BY THE 'BICYCLE PARKING GUIDELINES' AS ADOPTED BY THE ASSOCIATION OF PEDESTRIAN AND BICYCLE PROFFESSIONALS (WWW.APBP.OGR). OTHER RACK STYLES MEETING THESE GUIDELINES ARE ACCEPTABLE.

### 2 BICYCLE PARKING DETAIL (TYP.)
1 1/2" = 1'-0"

72"Min   24"Min   48"Min   24"Min   36"Min   36"Min

NOTES:

1. ALL MEASUREMENTS ARE ON CENTER.

2. ADEQUATE AREA TO MANEUVER BICYCLES TO ACCESS BICYCLE PARKING SPACES REQUIRED.

3. BICYCLE PARKING SHALL NOT ENCROACH UPON ACCESSIBLE PATHS.

4. BICYCLE PARKING SPACES SHALL BE A MINIMUM 12' FROM VEHICULAR PARKING, VEHICULAR TRAVELWAYS, AND VERTICAL SURFACES.

## GENERAL SITE PLAN NOTES

1   OFF-STREET PARKING REQUIREMENTS SHALL BE MET IN ACCORDANCE WITH HARRISONBURG, VIRGINIA CODE OF ORDINANCES SEC. 10-3-25 - OFF-STREET VEHICLE PARKING REGULATIONS

2   EXISTING GRAVEL PARKING LOT TO REMAIN. PARKING SPACES TO BE DELINEATED WITH SPRAY-PAINTED LINES ON COMPACTED GRAVEL SURFACE PER DCSM STANDARDS.

APPROVED
CITY OF HARRISONBURG
12/11/2025
BUILDING INSPECTION DEPARTMENT

### OFF-STREET VEHICLE PARKING REGULATIONS – INSTITUTIONAL RESIDENTIAL FACILITY
(PER HARRISONBURG, VIRGINIA – CODE OF ORDINANCES, SEC. 10-3-25)

OCCUPANCY BASIS — 40 BEDS + 15 EMPLOYEES

VEHICLE PARKING REQUIRED — 14 (FOR BEDS) + 15 (FOR STAFF) = 29 VEHICLE SPACES
ONE (1) SPACE FOR EVERY THREE (3) BEDS OF THE MAXIMUM OCCUPANCY PLUS ONE (1) PARKING SPACE FOR EACH EMPLOYEE

VEHICLE PARKING PROVIDED — 34 VEHICLE SPACES

### OFF-STREET BICYCLE PARKING REGULATIONS
(PER HARRISONBURG, VIRGINIA – CODE OF ORDINANCES, SEC. 10-3-25.1)

USE — HOSPITALS, NURSING HOMES, AND SIMILAR CARE FACILITIES

BICYCLE PARKING REQUIRED — 4 BICYCLE SPACES
1 SPACE/20,000 SQUARE FEET OF GROSS FLOOR AREA, OR A 4 SPACES MINIMUM, WHICHEVER IS GREATER

BICYCLE PARKING PROVIDED — 5 BICYCLE SPACES

| | |
|---|---|
| Comm # | 250426 |
| Scale | As indicated |
| Designed by: | DEW/JVC |
| Drawn by: | JVC/NMR |
| Checked by: | DEW |
| Issue | |
| Schematic Design: | 06/20/2025 |
| Demolition Set: | 01/11/2025 |
| Progress Set: | 08/20/2025 |
| Permit Set: | 09/10/2025 |
| Revision Number | Date |
| 1 | 11/19/2025 |

## MAINSPRING HARRISONBURG
25 Maryland Ave, Harrisonburg, VA 22801

## SITE PLAN

Sheet Number

## A0.1