# EXHIBIT M



**From:** Matthew Huston <Matthew.Huston@harrisonburgva.gov>
**Sent:** Wednesday, December 17, 2025 4:48 PM
**To:** Wells Stanwick ███████████████████████; Chris Brown <Chris.Brown@harrisonburgva.gov>
**Cc:** Hunter Knopp ███████████████████; Anastasia Montigney <Anastasia.Montigney@harrisonburgva.gov>
**Subject:** RE: Mainspring Maryland Avenue plan submittal

Good afternoon Wells,

I am copying the City Attorney Chris Brown to discuss matters under his review.

Thank you!

Matthew

**Matthew Huston, P.E.** | City Engineer

City of Harrisonburg
Department of Community Development
409 South Main Street
Harrisonburg, Virginia 22801
540-432-7700
matthew.huston@harrisonburgva.gov

**From:** Wells Stanwick ███████████████████
**Sent:** Wednesday, December 17, 2025 4:45 PM
**To:** Anastasia Montigney <Anastasia.Montigney@harrisonburgva.gov>; Hunter Knopp
███████████████████ ; Matthew Huston <Matthew.Huston@harrisonburgva.gov>
**Subject:** RE: Mainspring Maryland Avenue plan submittal

**WARNING: External email. Be cautious when clicking on links or opening attachments.**

Anastasia,
What do you mean exactly that the City Attorney needs to address? Can you explain further?

Thanks

**Wells Stanwick,** LEED GA
*Development Project Manager*
████████████████████
www.broadreachretail.com

████████████████████

Millersville, MD 21108

**From:** Anastasia Montigney <Anastasia.Montigney@harrisonburgva.gov>
**Sent:** Tuesday, December 16, 2025 4:36 PM
**To:** Hunter Knopp ███████████████████ ; Matthew Huston
<Matthew.Huston@harrisonburgva.gov>
**Cc:** Wells Stanwick ███████████████████
**Subject:** RE: Mainspring Maryland Avenue plan submittal

Hunter,

We have everything we need for review. We are holding on payment and getting it into the review rounds as there are a few items for the City Attorney that needs to be addressed.

Thank you,
**Anastasia Montigney**
Development Support Specialist
Department of Community Development
409 South Main Street Harrisonburg, VA 22801
(540) 432-7700 Ext. 1807
anastasia.montigney@harrisonburgva.gov

---

**From:** Hunter Knopp ███████████████████████
**Sent:** Tuesday, December 16, 2025 3:20 PM
**To:** Anastasia Montigney <Anastasia.Montigney@harrisonburgva.gov>; Matthew Huston <Matthew.Huston@harrisonburgva.gov>
**Cc:** Wells Stanwick ████████████████████████
**Subject:** RE: Mainspring Maryland Avenue plan submittal

**WARNING: External email. Be cautious when clicking on links or opening attachments.**

Good Afternoon,

I am just following up to see if the city received the check for the Mainspring Maryland Avenue project and that you have what you need for the plan review.

Thanks,

**Hunter Knopp, P.E.**
Project Manager
AES Consulting Engineers



████████████
Harrisonburg, VA 22801
████████████████
aesva.com

AES Consulting Engineers Confidentiality Note: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or

any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and deleting this copy from your system. Thank you for your cooperation.

**From:** Wells Stanwick <████████████████████████████>
**Sent:** Tuesday, December 16, 2025 12:03 PM
**To:** Isaac Katz ████████████████████████; YITZY HALON ████████████████████████
**Cc:** Hunter Knopp ████████████████████; Sam Kaye ████████████████████
**Subject:** RE: Mainspring Maryland Avenue plan submittal

Thanks! Hunter – please follow up with the city to confirm that their review has started.

Thanks

**Wells Stanwick,** LEED GA
*Development Project Manager*

████████████████████████████

[www.broadreachretail.com](www.broadreachretail.com)

Millersville, MD 21108

**From:** Isaac Katz ████████████████████████
**Sent:** Tuesday, December 16, 2025 11:22 AM
**To:** Wells Stanwick ████████████████████████; YITZY HALON
████████████████
**Cc:** Hunter Knopp ████████████████████; Sam Kaye ████████████████████
**Subject:** Re: Mainspring Maryland Avenue plan submittal

This check was delivered yesterday at 1:27 PM. Apologies for the delayed response on

this.

Isaac Katz

Chief Financial Officer

Mainspring Recovery

██████████████████████

---

**From:** Wells Stanwick ████████████████████████████ >
**Sent:** Monday, December 15, 2025 11:43 AM
**To:** Isaac Katz ████████████████████████ ; YITZY HALON ██████████████████████████
**Cc:** Hunter Knopp ███████████████████ ; Sam Kaye ██████████████████████
**Subject:** RE: Mainspring Maryland Avenue plan submittal

Isaac,
Can you confirm that this check was cut on Friday?

We need to get this paid so our review can start. They will not proceed until they are paid.

Thanks

**Wells Stanwick,** LEED GA
*Development Project Manager*
████████████████████████

www.broadreachretail.com

Millersville, MD 21108

---

**From:** Wells Stanwick
**Sent:** Friday, December 12, 2025 3:04 PM
**To:** 'Isaac Katz' ██████████████████████████ ; YITZY HALON ████████████████████████████
**Cc:** Hunter Knopp ███████████████████████

**Subject:** RE: Mainspring Maryland Avenue plan submittal

Isaac,
Can you confirm it was received by the city?

Thanks

**Wells Stanwick,** LEED GA
*Development Project Manager*

█████████████████████

[www.broadreachretail.com](http://www.broadreachretail.com)

█

█████████████████
Millersville, MD 21108

**From:** Isaac Katz ████████████████████
**Sent:** Thursday, December 11, 2025 12:48 PM
**To:** Wells Stanwick ████████████████████████; YITZY HALON
████████████████████
**Cc:** Hunter Knopp <[hunter.knopp@aesva.com](mailto:hunter.knopp@aesva.com)>
**Subject:** Re: Mainspring Maryland Avenue plan submittal

This was a drop on my side. It will get to them tomorrow morning.


Isaac Katz

Chief Financial Officer

Mainspring Recovery

████████████████████

█


**From:** Wells Stanwick ████████████████████
**Sent:** Thursday, December 11, 2025 12:30 PM
**To:** YITZY HALON ████████████████████

**Cc:** Isaac Katz ███████████████████████ ; Hunter Knopp ████████████████
**Subject:** RE: Mainspring Maryland Avenue plan submittal

Issac,
Good afternoon. can you confirm if this check was mailed?

Thanks

**Wells Stanwick,** LEED GA
*Development Project Manager*

████████████████████████

www.broadreachretail.com

████████████████████████

Millersville, MD 21108

---

**From:** Wells Stanwick
**Sent:** Monday, December 8, 2025 4:08 PM
**To:** YITZY HALON ███████████████████████
**Cc:** Isaac Katz ███████████████████████ ; Hunter Knopp ████████████████
**Subject:** FW: Mainspring Maryland Avenue plan submittal

Issac,
Just spoke to Yitzy. Can you please process a check for $2,200 and have it overnighted to the below attn.  This is for our Site Plan Submission.

> **Anastasia Montigney**
> Department of Community Development
> 409 South Main Street Harrisonburg, VA 22801

If you can provide tracking, that would be great as well.

Thanks

**Wells Stanwick,** LEED GA
*Development Project Manager*

████████████████████████

www.broadreachretail.com

1111 Benfield Blvd, Suite 100

Millersville, MD 21108

---

**From:** Anastasia Montigney <Anastasia.Montigney@harrisonburgva.gov>
**Sent:** Monday, December 8, 2025 11:53 AM
**To:** Hunter Knopp ████████████████████████; Wells Stanwick
████████████████████████
**Cc:** YITZY HALON ████████████████████████████
**Subject:** RE: Mainspring Maryland Avenue plan submittal

Wells,

We do not accept card over the counter and only accept cash or check as form of payment. If you are looking to send in a check our address is 409 S Main St Harrisonburg VA 22801 Second Floor. Please send it to my attention. You can make the check out to the City of Harrisonburg.

Thank you,
**Anastasia Montigney**
Development Support Specialist
Department of Community Development
409 South Main Street Harrisonburg, VA 22801
(540) 432-7700 Ext. 1807
anastasia.montigney@harrisonburgva.gov

---

**From:** Hunter Knopp ████████████████████████
**Sent:** Monday, December 8, 2025 11:41 AM
**To:** Wells Stanwick <wstanwick@broadreachretail.com>
**Cc:** YITZY HALON ████████████████████████████; Anastasia Montigney <Anastasia.Montigney@harrisonburgva.gov>
**Subject:** RE: Mainspring Maryland Avenue plan submittal

**WARNING: External email. Be cautious when clicking on links or opening attachments.**

Wells,

I've cc'd Anastasia at the city. I do not know if the city has an online payment system, but otherwise you should be able to send a check to Harrisonburg Community Development to pay the review fee. They may accept cards at the counter, but I do not know if they charge a card fee.

Thanks,

**Hunter Knopp, P.E.**
Project Manager

**AES Consulting Engineers**



Harrisonburg, VA 22801

aesva.com

AES Consulting Engineers Confidentiality Note: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and deleting this copy from your system. Thank you for your cooperation.



**From:** Wells Stanwick ████████████████████
**Sent:** Monday, December 8, 2025 9:59 AM
**To:** Hunter Knopp ████████████████████
**Cc:** YITZY HALON <████████████████████>
**Subject:** RE: Mainspring Maryland Avenue plan submittal

Hunter,
Can you please provide directions for getting the $2,200 paid?

Thanks

**Wells Stanwick,** LEED GA
*Development Project Manager*

████████████████████

www.broadreachretail.com



1111 Benfield Blvd, Suite 100
Millersville, MD 21108

---

**From:** Hunter Knopp ███████████████████
**Sent:** Thursday, December 4, 2025 4:59 PM
**To:** Wells Stanwick ████████████████████████
**Subject:** RE: Mainspring Maryland Avenue plan submittal

No problem. The city tries to review within 21 calendar days, but they are allowed to take more time. I've attached the fee form that we submitted. You will need to pay the city fees for the clock to start. It should be $2,200.

We will receive comments from the Stormwater Management department, the Erosion Control department, the Water and Sewer department, Public Works, the Zoning department, the Address department, the Fire department, the Harrisonburg Electric Commission, and the Building Code department.

Thanks,

**Hunter Knopp, P.E.**
Project Manager
AES Consulting Engineers



███████████████
Harrisonburg, VA 22801
███████████████
aesva.com

AES Consulting Engineers Confidentiality Note: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and deleting this copy from your system. Thank you for your cooperation.

---

**From:** Wells Stanwick ████████████████████████
**Sent:** Thursday, December 4, 2025 3:54 PM
**To:** Hunter Knopp ████████████████
**Subject:** RE: Mainspring Maryland Avenue plan submittal

Hunter,
Thanks for getting this uploaded so quickly. Very helpful.

What is there review timeline for our submission? Are there multiple depts?

Thanks

**Wells Stanwick,** LEED GA
*Development Project Manager*

███████████████

www.broadreachretail.com



███████████
Millersville, MD 21108

---

**From:** Hunter Knopp ███████████████
**Sent:** Thursday, December 4, 2025 10:59 AM
**To:** Anastasia Montigney <Anastasia.Montigney@harrisonburgva.gov>; Site Plan Review <SitePlanReview@harrisonburgva.gov>
**Cc:** Wells Stanwick ███████████████; Matthew Huston <Matthew.Huston@harrisonburgva.gov>
**Subject:** RE: Mainspring Maryland Avenue plan submittal

Anastasia,

I have uploaded all the documents to the dropbox.

Thanks,

**Hunter Knopp, P.E.**
Project Manager
AES Consulting Engineers

███████████
Harrisonburg, VA 22801
███████████

aesva.com

AES Consulting Engineers Confidentiality Note: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and deleting this copy from your system. Thank you for your cooperation.

---

**From:** Anastasia Montigney <Anastasia.Montigney@harrisonburgva.gov>
**Sent:** Thursday, December 4, 2025 10:42 AM
**To:** Hunter Knopp ███████████████; Site Plan Review

<SitePlanReview@harrisonburgva.gov>
**Cc:** Wells Stanwick ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Matthew Huston
<Matthew.Huston@harrisonburgva.gov>
**Subject:** RE: Mainspring Maryland Avenue plan submittal

Hunter,

Here is the link for upload ☐ Mainspring Recovery Center R1. Please notify me once
everything has been uploaded. As a reminder we will not begin review until we have
received payment.

Thank you,
**Anastasia Montigney**
Development Support Specialist
Department of Community Development
409 South Main Street Harrisonburg, VA 22801
(540) 432-7700 Ext. 1807
anastasia.montigney@harrisonburgva.gov

**From:** Hunter Knopp ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, December 2, 2025 5:56 PM
**To:** Site Plan Review <SitePlanReview@harrisonburgva.gov>
**Cc:** Anastasia Montigney <Anastasia.Montigney@harrisonburgva.gov>; Wells Stanwick
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Matthew Huston <Matthew.Huston@harrisonburgva.gov>
**Subject:** RE: Mainspring Maryland Avenue plan submittal

**WARNING:** **External email. Be cautious when clicking on links or opening
attachments.**

Good Afternoon,

I've attached the site plan for the Mainspring Recovery Center. I can drop everything into the
Dropbox once it is ready.

Thanks,

**Hunter Knopp, P.E.**
Project Manager
AES Consulting Engineers

Harrisonburg, VA 22801

█████████████

aesva.com

AES Consulting Engineers Confidentiality Note: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and deleting this copy from your system. Thank you for your cooperation.

---

**From:** Hunter Knopp
**Sent:** Tuesday, December 2, 2025 8:39 AM
**To:** Site Plan Review <siteplanreview@harrisonburgva.gov>
**Cc:** Anastasia Montigney <anastasia.montigney@harrisonburgva.gov>; Wells Stanwick
████████████████████████
**Subject:** Mainspring Maryland Avenue plan submittal

Good Morning,

I am preparing to submit a site plan soon for Mainspring on Maryland Avenue. I've attached the approvals for the TIA determination, PER, and Fire. Please let me know when the shared folder is ready.

Thanks,

**Hunter Knopp, P.E.**
Project Manager
AES Consulting Engineers



████████████

Harrisonburg, VA 22801

████████████

aesva.com

AES Consulting Engineers Confidentiality Note: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and deleting this copy from your system. Thank you for your cooperation.