# EXHIBIT N



# RECEIPT

**City of Harrisonburg**
**Building Inspections**
**409 South Main St**
**Harrisonburg, VA  22801**

| | |
|---|---|
| **Receipt Number:** | 25-01507 |
| **Associated Location:** | 25 Maryland Ave |
| **Payment Date:** | 12/17/2025 |
| **Payment Amount:** | $4,638.96 |
| **Payment Method:** | Credit Card # |
| **Payer Name:** | AEG Contracting Inc. |
| **Payer Address:** | 11000 Reisterstown Road, Owings Mills, MD 21117 |
| **Cashier Name:** | Public Web |

Permit #2509-0097,

| type | description | revenue code | amount |
|---|---|---|---|
| Permit 2509-0097 (ALTB-COM) | Permit - Building | 1000.31309 | $4,548.00 |
| Permit 2509-0097 (ALTB-COM) | Permit - Virginia State Levy | 1000.12140 | $90.96 |

| | |
|---|---|
| Total Amount | $4,638.96 |
| **Total Amount Paid** | **$4,638.96** |

Online permitting now available. Visit https://www.harrisonburgva.gov/lama-guide for more information.