**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Harrisonburg Division**

| | | |
|---|---|---|
| MSRC HARRISONBURG RE LLC, and<br>MSRC ONE, LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 5:26-cv-00014 |
| | ) | |
| THE CITY OF HARRISONBURG, VIRGINIA, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>JOINT STIPULATION OF DISMISSAL</u>

The parties, MSRC Harrisonburg RE LLC; MSRC One, LLC; and The City of Harrisonburg, Virginia, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that all matters in controversy in this action have been resolved and to the DISMISSAL WITH PREJUDICE of this action. Each party shall bear its own attorneys' fees and costs.

Pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), this Court shall have continuing jurisdiction to enforce the terms of the parties' August 10, 2026 Settlement Agreement.

Let the Clerk certify copies of this Order to all counsel of record, and thereafter place this case among the Court's ended causes.

IT IS SO ORDERED.

ENTERED: _____, 2026

_____
Hon. Thomas T. Cullen
United States District Judge

WE ASK FOR THIS:


By: */s/ Meredith M. Haynes*
Meredith M. Haynes (VSB No. 80163)
John A. Irvin (VSB No. 97044)
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6225
Facsimile: (804) 420-6507
mhaynes@williamsmullen.com
jirvin@williamsmullen.com
   *Counsel for Plaintiffs*


By: */s/ Rosalie Pemberton Fessier*
Rosalie Pemberton Fessier (VSB No. 39030)
Brittany E. Shipley (VSB No. 93767)
TimberlakeSmith
25 North Central Avenue
P.O. Box 108
Staunton, Virginia 24402
Telephone: (540) 885-1517
Facsimile: (540) 885-4537
rfessier@timberlakesmith.com
bshipley@timberlakesmith.com
   *Counsel for Defendant*